# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| DENISE COLLINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. CIV-13-0363-HE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Denise Collins filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Shon T. Erwin, who recommends that the Commissioner's decision be affirmed. Objections to the magistrate judge's Report and Recommendation were due by July 14, 2014.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court **ADOPTS** Magistrate Judge Erwins's Report and Recommendation [Doc. #16], and the decision of the Commissioner of the Social Security

Administration is **AFFIRMED**.

    **IT IS SO ORDERED**.

Dated this 21st day of July, 2014.

*[signature]*
JOE HEATON
UNITED STATES DISTRICT JUDGE